

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00075-CV
_____

ALAN MEAD AND OLGA MEAD, Appellants

V.

TWIN CREEKS COMMUNITY ASSOCIATION, INC., Appellee

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court No. 296-2173-07

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Alan and Olga Mead, appellants, and Twin Creeks Community Association, Inc., appellee, have filed with this Court a joint motion to dismiss the pending appeal in this matter. The parties represented in open court that this case was settled. In their motion to dismiss, they have agreed that the appeal is moot. In such a case, no real controversy exists.

We grant the motion and dismiss this appeal.

Jack Carter
Justice

Date Submitted:     May 27, 2009
Date Decided:       May 28, 2009